UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 1:02-cr-165-WTL-DKL |
| | ) | |
| ANDREW WHITE, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Denise K. LaRue's Amended Report and Recommendation that Andrew White's supervised release be revoked, pursuant to Title 18 U.S.C. §3401(i), Rule 32.1 (a)( 1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, the Court now approves and adopts the Report and Recommendation as follows:

1. Mr. White is sentenced to the custody of the Attorney General or his designee for a period of twelve (12) months and one (1) day.

2. Upon Mr. White's release from confinement, he will be subject to a term of supervised release of eighteen (18) months with the standard conditions and a special condition of no more than one hundred and eighty (180) days to take place at the Volunteers of America.

SO ORDERED this 3rd day of January, 2013.

_____
Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution:

MaryAnn T. Mindrum
Assistant United States Attorney
maryann.mindrum@usdoj.gov

Gwendolyn M. Beitz
Indiana Community Federal Defender
gwendolyn_beitz@fd.org